Edward Menkin, appellee, v. Muriel Connelly and Herman F. Winkelman, defendants, on appeal of Herman F. Winkelman, appellant. Gen. Nos. 37,070, 37,071.

Opinion filed October 24, 1934.

David Lipman, for appellant.    R. B. Salmon, for appellee.    Edward Menkin, *pro se.*

Mr. Justice Hall delivered the opinion of the court.

New England Mutual Life Insurance Company, appellee, v. John W. Keogh et al., appellants.    Gen. No. 37,084.

Opinion filed October 24, 1934.    Rehearing denied November 15, 1934.

John W. Keogh, *pro se.*    Judah, Reichmann, Trumbull & Cox, for appellee.

Mr. Justice Hall delivered the opinion of the court.

J. William Feldmann, appellee, v. Yetta Silver Andalman et al., appellants.    Gen. No. 37,117.

Opinion filed October 24, 1934.    Rehearing denied November 15, 1934.

Philip A. Lozowick, for appellants.    Lewis J. Victor, for appellee.

Mr. Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Abraham Benjamin et al., plaintiffs in error.    Gen. No. 37,273.

Opinion filed October 24, 1934.    Rehearing denied and opinion modified November 15, 1934.

Simon Herr, for plaintiffs in error.    Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of counsel.

Mr. Justice Wilson delivered the opinion of the court.